# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FRANK MARVIN PHILLIPS,
        *Plaintiff-Appellee,*

v.

LYNN HUST, Library Staff,
        *Defendant-Appellant.*

No. 04-36021

D.C. No.
CV-01-01252-ALH
District of Oregon,
Portland

ORDER
DESIGNATING
FOR
PUBLICATION
DENIAL OF
PETITION FOR
REHEARING AND
PETITION FOR
REHEARING
EN BANC

Filed October 9, 2007

Before: James R. Browning, Dorothy W. Nelson, and
Diarmuid F. O'Scannlain, Circuit Judges.

## ORDER

Our September 14, 2007 order denying the petition for rehearing and petition for rehearing en banc, and the accompanying dissent, are hereby designated for publication.

13571

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.